# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

ERA Franchise Systems, Inc.,
        Plaintiff(s)

V.

**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

ERA Alliance Realty, Inc., Joseph Montoya, Elaine Montoya,
        Defendant(s)

**CASE NUMBER:** 07-CV-782 W (POR)

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED

the court hereby grants Plaintiff's motion for default judgment in its entirety. The Clerk shall enter default judgment as follows: $312,599.06, plus interest at the rate of 18% per annum on the amount of $57,097.63 due under written agreements at the rate of $28.16 per day from December 10, 2006 until paid; plus attorneys' fees and costs of $6,785.40 as provided for in the agreements and under Cal. Code of Civil Procedure 1717.

| October 10, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk

ENTERED ON October 10, 2007